UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>LOOSIGIAN FARMS, INC.,<br><br>        Defendants | CIVIL ACTION NO.<br><br>**05 11643 JLT** |

## ORDER OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture, shall on or before 40 days from the date of this Order:

(1) publish a copy of the attached NOTICE once in the The Eagle Tribune, a newspaper published in Andover, Massachusetts, there being no newspaper published in Methuen, and The Eagle Tribune having a general circulation in Methuen, Massachusetts;

(2) mail by certified mail a copy of the attached NOTICE and of the COMPLAINT to the defendants at their last known address;

(3) record a certified copy of the attached NOTICE in the North Essex Registry of Deeds.

Dated: 2/9/06

_____, Deputy
Clerk