A 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 6/8/2005
By M.P.
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| LOOSIGIAN FARMS, INC., | ) | 05 11643 JLT |
| | ) | |
| Defendants | ) | |

NOTICE OF COMPLAINT FOR APPROVAL OF MORTGAGE FORECLOSURE
IN ACCORDANCE WITH THE SOLDIERS' AND SAILORS'
CIVIL RELIEF ACT OF 1940

TO:  Loosigian Farms, Inc.
     c/o Jeanne M. Loosigian
     386 High Plain Road
     Andover, MA 01810

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage of real property with statutory power of sale, at 18 Lowell Boulevard, Methuen, Essex County, Massachusetts, as follows. The mortgage was given by Loosigian Farms, Inc. to the Farmers Home Administration, is dated January 30, 1981, and is recorded in Book 1485 at Page 250 of the North Essex Registry of Deeds.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale

contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 <u>and</u> object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service or you may forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED: 2/9/06

Clerk

By: Zita Lovett
DEPUTY CLERK